FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
                   Plaintiff,      ) ORDER OF DETENTION AFTER
                                   ) HEARING (Fed.R.Crim.P. 32.1(a)(6)
        v.                         ) Allegations of Violations of Probation/
Adrian Acevedo                     ) Supervised Release Conditions)
                                   )
                                   ) 14-MJ-928
                                   )
                   Defendant.      )
_____

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   (X)   the appearance of defendant as required; and/or

(B)   ( )   the safety of any person or the community.

//

//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)   (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant would appear as ordered.

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED:   5/9/14

HON. PATRICK J. WALSH
UNITED STATES  MAGISTRATE JUDGE

2